**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

K. R. A MINOR, BY AND THROUGH HER PARENT AND NATURAL GUARDIAN KRYSTLE STATLER,

Plaintiff,

v.

ROBLOX CORPORATION, EPIC GAMES, INC., MICROSOFT CORPORATION, AND MOJANG AB,

Defendants.

Case No: 2:26-cv-03437

**PLAINTIFF'S MOTION TO**
**WITHDRAW AND SUBSTITUTE COUNSEL**

Plaintiff K.R., a minor, by and through her parent and natural guardian, Krystle Statler, respectfully moves this Honorable Court for an Order permitting the withdrawal of Ryan Ziminskas, Esq., as counsel of record for Plaintiff, and the simultaneous substitution of Sindhu Daniel, Esq., of Scott+Scott Attorneys at Law LLP, as lead counsel of record for Plaintiff. In support thereof, Plaintiff states as follows:

1. On May 19, 2026, Ryan Ziminskas, Esq., of the law firm Scott+Scott Attorneys at Law LLP, filed the initial Complaint on behalf of the Plaintiff in this action.
2. Mr. Ziminskas is separating from the firm of Scott+Scott Attorneys at Law LLP. Accordingly, he will no longer be available to represent the Plaintiff in this matter.
3. The law firm of Scott+Scott Attorneys at Law LLP continues to represent the Plaintiff.

4. Sindhu Daniel, Esq., an attorney with Scott+Scott Attorneys at Law LLP who is duly admitted to practice before the Bar of this Honorable Court (PA ID 77466) has assumed responsibility for this matter and consents to appear as counsel of record for Plaintiff.
5. Pursuant to EDPA Local Civil Rule 5.1(c), this substitution will not cause any delay, prejudice, or disruption to the administration of justice or the case schedule, as defense counsel has not yet filed responsive pleadings and no scheduling order has been entered.
6. Plaintiff consents to this substitution of counsel.
7. Out of an abundance of caution and to ensure a seamless transition of electronic data entry links on the court's docket, Plaintiff requests that the Clerk's Office formally terminate Mr. Ziminskas's CM/ECF electronic links and add Ms. Daniel to all future Notices of Electronic Filings.

**WHEREFORE**, Plaintiff respectfully requests that this Court grant this Motion and enter the accompanying Proposed Order permitting Ryan Ziminskas, Esq., to withdraw his appearance, substituting Sindhu Daniel, Esq., as counsel of record for Plaintiff, and directing the Clerk to amend the docket metadata accordingly.

Date: May 27, 2026

Respectfully Submitted,

*/s/ Ryan Ziminskas*

**SCOTT+SCOTT ATTORNEYS AT LAW LLP**
Ryan Ziminskas (PA Bar No. 332975)
7718 Wood Hollow Drive + Suite 105
Austin, Texas 78731
Tel: 512.337.8430
Fax: 512.727.3432
*rziminskas@scott-scott.com*

*Attorney for Plaintiffs*